UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

FILED
AUG 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JEROME BAILEY                               :

                                            :

           vs.                              : Civil Action No. __07 1501__

Court Service and Offender
Supervision Agency                          :

United States Parole
Commission                                  :

## Motion/Affidavit In Support Of
## Motion To Proceed In Forma Pauperis

I, __Jerome Bailey__, am the petitioner in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. Are you presently employed? Yes____ No__x__
    a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.
    _____

    b. If the answer is no, state the date of last employment and the amount of the salary per month which you received.
    __December 2005 $12.50 Hr._____

2. Have you received within the past twelve months any money from any of the following sources?

RECEIVED
AUG 0 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

a. Business, profession, or form of self-employment? Yes ____ No _X_

b. Rent Payments, interest, or dividends? Yes ____ No _X_

c. Pensions, annuities, or life insurance payments? Yes ____ No _X_

d. Gifts or inheritances? Yes ____ No _X_

e. Any other sources? Yes _X_ No ____

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months. Family and institutional pay. Financial Statement Enclosed

3. Do you own any cash or do you have money in a checking or savings account? Yes ____ No _X_ (Include any funds in prison accounts)

If the answer is yes, state the total value owned.

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ____ No _X_

If the answer is yes, describe the porperty and state its approximate value.

_____

5. List the persons who are dependent upon you for support; state your relatioship to those persons; and indicate how much you contribute toward their support. One daughter Have not contributed to her support in one year

I understand that a false statement or answer to any questions in this motion/declaration will subject me to penalties for perjury.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the very best of my recollection, belief and understanding.

July 31, 2007
Date

Jerome Bailey
Signature