UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 07 1501

FILED
AUG 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JEROME BAILEY, )
)
    Petitioner )
)
v. )   SUPPORTING AFFIDAVIT
)   OF ORDER TO SHOW CAUSE
COURT SERVICE and OFFENDERS )   FOR PRELIMINARY INJUNCTION
SUPERVISION AGENCY )
)
UNITED STATES PAROLE )
COMMISSION, )
)
    Respondents )

Jerome Bailey, being duly sworn deposes and says under the penalties of perjury:

I Jerome Bailey, as petitioner in the above-entitled action, respectfully move this court to order respondents to show cause why they should not be enjoined from committing Jerome Bailey, back into a punitive penal-type setting, that will deny him, his liberty as a freeman on August 21, 2007, and not award him credits towards his sentence for such commitment.

1. I, Jerome Bailey, will suffer the loss of the Advance Consent To Expedited Revocation, (Plea Bargain).

2. I, Jerome Bailey, will suffer the loss of 120 days placement in a Community Correctional Center, (Halfway House) per my Notice of Action dated November 2, 2006.

3. I, Jerome Bailey, will suffer the loss of my liberty and the basic privileges as a free man.

4. I, Jerome Bailey, will suffer the same or more stringent standards of restriction and restraints of being in a penal-type setting.

3

5. I, Jerome Bailey, will suffer the loss of outside medical care, employment, family, friends and social and political activies.

6. I, Jerome Bailey, will suffer the loss of credits toward my sentence for being in custody. This will have a major effect on my expiration of sentence.

**WHEREFORE,** I respectfully request that the Court grant the within relief as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 31, 2006

Jerome Bailey, pro se
Reg. No. 08508-000
P.O. Box 630
Winton, N.C. 27986-0630


Sworn to Before me this 31st day of July 20 07.

_____
Notary Public

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 07 1501



FILED

AUG 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JEROME BAILEY,<br><br>         Petitioner<br><br>     v.<br><br>COURT SERVICE and OFFENDERS<br>SUPERVISION AGENCY<br><br>UNITED States Parole<br>Commission,<br><br>         Respondents | ORDER TO SHOW CAUSE FOR<br>PRELIMINARY INJUNCTION<br>AND TEMPORARY RESTRAIING<br>ORDER |

Upon the affidavit of Jerome Bailey, sworn to the _____ day of _____, 20____, and upon the copy of complaint hereto annexed, it is **ORDERED**, that the above named respondents show cause before a motion term of this Court, at room _____, of the United States District Court For The District of Columbia, at 333 Constitution Avenue, N.W. Washington, D.C. 20001 on _____ ____, 20____, at _____ O'clock in the _____ noon thereof, or as soon thereafter as may be heard, why an order should not be issued pursuant to Rule 65 Federal Rules of Civil Procedures enjoining the respondents during pendency of this action from _____

_____; and it is further **ORDERED**, that sufficient reason having been shown, therefore, pending the hear- of petitioner's application for a preliminary injunction, pursuant to Rule 65 of Federal Rules of Civil Procedures the respondents are temporarily rrstrained and enjoined from _____

4

and it is further **ORDERED,** that personal service of a copy of this order and annexed affidavit upon the respondents or their counsel on or before the _____ day of _____ 20___ shall be deemed good and sufficient service thereof.


DATE:_____                    _____
                                         United States District Judge