UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME BAILEY, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 07-1501 (JDB) |
| COURT SERVICES AND OFFENDERS SUPERVISION AGENCY, et al., | ) ) ) |
| Respondents. | ) |

FILED
AUG 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER DIRECTING RESPONDENTS TO SHOW CAUSE**

Pursuant to 28 U.S.C. § 2243, it is this 23rd day of August 2007,

ORDERED that respondents, by counsel, within 30 days of service of a copy of this Order and the Petition, shall file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondents, the Warden, the United States Attorney for the District of Columbia and the Attorney General of the United States

SO ORDERED.

_____
United States District Judge