# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CIVIL ACTION NO.  07-1501 (JDB)** |
| **v.** | : | |
| | : | |
| **JEROME BAILEY,** | : | |
| **Petitioner** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L. Berthrong is counsel of record on behalf of the United States in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498-610

  /s/  Robert D. Okun
ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Division
D.C. Bar Number 457-078

  /s/ Sherri L. Berthrong
SHERRI L. BERTHRONG
Assistant United States Attorney
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioner, Jerome Bailey, Fed. Reg. No. 08508-000,DCDC # 192-155, 1900 Massachusetts Avenue, S.E., Karrick Hall, Building 17, Washington, D.C. 20003, this 19th day of September, 2007.

       /s/ Sherri L. Berthrong

       Sherri L. Berthrong
       Assistant United States Attorney