UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Jerome Bailey,**<br><br>　　Petitioner,<br><br>　　　v.<br><br>**Court Services and Offender Supervision Agency** *et al*,<br><br>　　Respondents. | Civil Action No. 07-1501 (JDB) |

## ORDER

　　In response to the Order directing respondents to show cause why the writ of *habeas corpus* should not be issued, the federal respondent claims that the petition should be summarily denied.  Because consideration of this merits response could dispose of the case, petitioner, who is proceeding *pro se*, will be allowed time to reply.

　　In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509.  In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded."  Local Civil Rule 7(b).  Accordingly, it is hereby

　　**ORDERED** that petitioner shall reply to the federal respondent's opposition to his *habeas*

*corpus* petition by **December 10, 2007**. If petitioner does not respond by that date, the Court will treat this respondent's assertions as conceded and may summarily deny the petition and dismiss the case.

/s/
JOHN D. BATES
United States District Judge

Dated: November 8, 2007