UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jerome Bailey,**<br><br>    **Petitioner,**<br><br>        v.<br><br>**Court Services and Offender Supervision Agency** *et al*,<br><br>    **Respondents.** | Civil Action No.  07-1501 (JDB) |

## ORDER

By Order filed November 8, 2007, petitioner was directed to respond by December 10, 2007, to the federal respondents' opposition to the petition for a writ of *habeas corpus*, or risk summary disposition of the case.  Petitioner has not responded or sought additional time to do so.  Accordingly, it is

**ORDERED** that the Order to Show Cause [Dkt. No. 6] is **DISCHARGED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED** without prejudice.

                                                                        s/
                                             JOHN D. BATES
                                     United States District Judge

Dated: January 3, 2008